UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
**ENTERED**
June 16, 2023
Nathan Ochsner, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| | § |
| v. | § |
| | § |
| D'MONTRE GREEN | § |

CRIMINAL NO:  **4:23-cr-00254**

## ORDER FOR ISSUANCE OF SUMMONS

It appearing to the Court that a <u>CRIMINAL INFORMATION</u> has been filed against

the defendant listed, it is hereby

ORDERED that a summons be issued for the appearance of said defendant on

<u>06/27/2023</u> at <u>02:00 pm</u> .  Upon appearance, a judicial determination shall be

made as to detention or release on conditions.  The United States Government recommends to

the Court the following conditions of release.

<u>Defendant</u>

D'MONTRE GREEN

☐ Appearance Bond in the Amount of:

$

SIGNED at Houston, Texas, on _____<u>June 16, 2023</u>_____ .

UNITED STATES MAGISTRATE JUDGE